AHMAD YAKZAN
American Dream Law Office
10936 N 56th St. #202
Temple Terrace, FL 33617
1(888)963-7326
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| Mileidys Pujol,<br><br>    Plaintiff<br><br>vs.<br><br>Kristi Noem, Secretary of Homeland Security;<br><br>Joseph B. Edlow, Director of United States Citizenship & Immigration Service; and<br><br>Kathy Baranowski, West Palm Beach District Director, United States Citizenship & Immigration Services.<br><br>    Defendants | No. |

## COMPLAINT FOR WRIT OF MANDAMUS

### INTRODUCTION

1. This is an action for a writ of mandamus to compel the United States Department of Homeland Security (DHS) and United States Citizenship and Immigration Services (USCIS) to issue a decision on Plaintiff Mileidys Pujol's Form I-485, Application to Register Permanent Residence or Adjust Status, which has been unreasonably delayed since the decision was appealed and won in 2023.

1

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1361, which grants district courts original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.

3. Venue is proper in this district under 28 U.S.C. § 1391(e) because the defendants are agencies of the United States, and the plaintiff resides in this district.

## PARTIES

4. Plaintiff Mileidys Pujol is a native of Cuba and resides in Miami, FL She filed a Form I-485 application under the Cuban Adjustment Act, which remains pending.

5. Defendant Kristi Noem is the Secretary of Homeland Security of the United States. As such, she is responsible for the adjudication of the Plaintiff's application.

6. Defendant Joseph B. Edlow is the Director of the United States Citizenship and Immigration Services is a component of DHS responsible for adjudicating immigration benefits, including Form I-485 applications.

7. Defendant Kathy Baranowski is the Director of USCIS's West Palm Beach District, which has jurisdiction to adjudicate this case.

## FACTUAL BACKGROUND

7. Plaintiff filed her Form I-485 on February 3, 2023, under the Cuban Adjustment Act.

8. On May 3, 2023, USCIS denied Plaintiff's Form I-485, citing inadmissibility under INA 212(a)(6)(C)(i) for alleged fraud and willful misrepresentation.

9. Plaintiff filed a Form I-290B, Notice of Appeal or Motion, on May 31, 2023, which was granted, and the decision to deny the Form I-485 was withdrawn on September 11, 2023.

10. Despite the withdrawal of the denial, USCIS has failed to issue a new decision on Plaintiff's Form I-485, causing undue delay and uncertainty regarding her immigration status.

## LEGAL CLAIMS

11. Under the Administrative Procedures Act (APA), 5 U.S.C. § 555(b), agencies are required to conclude matters presented to them within a reasonable time.

12. The delay in adjudicating Plaintiff's Form I-485 is unreasonable and violates the APA.

13. Plaintiff has exhausted all administrative remedies available to her, and no other adequate remedy exists to compel USCIS to act.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully requests that this Court:

A. Issue a writ of mandamus compelling Defendants to adjudicate Plaintiff's Form I-485 within 30 days.

B. Award Plaintiff reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

C. Grant such other and further relief as the Court deems just and proper.

**Dated:** September 25, 2025

**Respectfully submitted,**

**/s/ AHMAD YAKZAN**
American Dream Law Office
10936 N 56th St. #202
Temple Terrace, FL 33617
1(888)963-7326
*Attorney for Plaintiff*