**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 25-CV-81190-EA**

MILEIDYS PUJOL

    Plaintiff,

    v.

KRISTI NOEM, *et. al*.,

    Defendant.

_____/

**JOINT STATUS REPORT**

Mileidys Pujol (Plaintiff) and Defendant, by and through the undersigned counsel, hereby file this Joint Status Report in accordance with the Court's December 1, 2025, Order (ECF No. 19).

1.    Plaintiff filed a Complaint for Writ of Mandamus [ECF No. 1] and Motion for Temporary Restraining Order [ECF No. 3], regarding her Form I-485, Application to Register Permanent Residence or Adjust Status ("I-485").

2.    Plaintiff submitted her completed Form I-601, Application for Waiver of Grounds of Inadmissibility to USCIS in January 2026.  USCIS has received the application, however it needs additional time to process the waiver and complete its adjudication of the Form I-485.

3.    Therefore, the parties request that this matter be stayed for an additional 60 days.

4.    This request is not for the purpose of delay, but for the parties to attempt to resolve the matter efficiently.

1

WHEREFORE, Plaintiff and Defendant respectfully request that the Court stay the case for an additional 60 days.

Respectfully submitted,

**JASON A. REDING QUIÑONES**
UNITED STATES ATTORNEY

By:    /s/*Chantel Doakes Shelton*
CHANTEL DOAKES SHELTON
Assistant United States Attorney
Florida Bar No. 0118626
United States Attorney's Office
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL 33394
Phone: (954) 660-5770
Email: chantel.doakesshelton@usdoj.gov
*Counsel for Defendants*

By:    /s/ Ahmad M. Yakzan
American Dream Law Office
10936 N. 56th Street, #202
Temple Terrace, FL  33617
*Counsel for Plaintiff*