**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 25-CV-81190-EA**

MILEIDYS PUJOL

      Plaintiff,

      v.

MARKWAYNE MULLIN[1],
DHS, Secretary of Homeland
Security, *et. al.*,

      Defendants.

_____/

**JOINT STATUS REPORT**

Mileidys Pujol (Plaintiff) and Defendants, by and through the undersigned counsel, hereby file this Joint Status Report in accordance with the Court's December 1, 2025, Order [ECF No. 19] and respectfully state that pursuant to this Court's Omnibus Order on April 6, 2026, *see* [ECF No. 23], reopening this case and granting Plaintiff's Motion to Amend her Complaint, Defendant will file its response to Plaintiff's Amended Complaint [ECF No. 22-1] on or before May 4, 2026.

---

[1] Markwayne Mullin was sworn in as the Secretary of the Department of Homeland Security on March 24, 2026.

1

Respectfully submitted,

**JASON A. REDING QUIÑONES**
UNITED STATES ATTORNEY

By:   /s/*Chantel Doakes Shelton*
      CHANTEL DOAKES SHELTON
      Assistant United States Attorney
      Florida Bar No. 0118626
      United States Attorney's Office
      500 E. Broward Blvd., Suite 700
      Ft. Lauderdale, FL 33394
      Phone: (954) 660-5770
      Email: chantel.doakesshelton@usdoj.gov
      *Counsel for Defendants*

By:   /s/ Ahmad M. Yakzan
      American Dream Law Office
      10936 N. 56th Street, #202
      Temple Terrace, FL  33617
      *Counsel for Plaintiff*

2