AHMAD YAKZAN
American Dream Law Office
10936 N 56th St. #202
Temple Terrace, FL 33617
1(888)963-7326
*Attorney for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF SOUTH FLORIDA
### WEST PALM BEACH DIVISION

| | |
|---|---|
| Mileidys Pujol, | No.: 25-cv-81190 |
| Plaintiff | |
| vs. | |
| Kristi Noem, Secretary of Homeland Security; | |
| Joseph B. Edlow, Director of United States Citizenship & Immigration Service; and | |
| Kathy Baranowski, West Palm Beach District Director, United States Citizenship & Immigration Services | |
| Defendants | |

### NOTICE REGARDING PROCEDURAL DELAYS AND DEFENDANTS' LACKOF DISCLOSURE

Plaintiff respectfully submits this Notice to apprise the Court of material developments affecting case management and to address procedural delays stemming from Defendants' lack of communication concerning an open-ended freeze on adjudications.

1

Defendants did not disclose, and have since failed to clearly communicate, that an open-ended freeze on adjudications was in effect since April 29, 2026. CBS, *Trump Administration Mandates Enhanced Security Checks for Immigration Applicants*, April 29, 2026 (Lase accessed May 3, 2026), *available at* https://www.cbsnews.com/news/trump-administration-mandates-enhanced-security-checks-immigration-applicants-uscis/. Defendants' omission and subsequent lack of transparency materially affected Plaintiff's decisions regarding the case and has since impeded forward progress in this matter, which has been pending since early 2023.

Defendants' failure to timely and accurately disclose the existence, scope, and anticipated duration of the adjudication freeze has resulted in: (a) unnecessary delay without a deadline; (b) prejudice to Plaintiff's ability to plan litigation strategy and propose a realistic case schedule; (c) inefficiencies in motion practice and discovery sequencing predicated on incomplete or inaccurate case-status information; and (d) avoidable consumption of judicial resources tied to status inquiries and extensions that could have been mitigated by forthright disclosures.

Plaintiff respectfully requests that the Court take notice of the foregoing and direct that, going forward, Defendants promptly and transparently communicate any policies, freezes, moratoria, or material procedural constraints that bear on adjudication timing, including disclosure of: (a) the existence and scope of any such freeze; (b) its effective start date; (c) anticipated duration or review intervals; and (d) any milestones or conditions for resumption.

Plaintiff further requests that the Court set an appropriate case management path that accounts for the current status, including a requirement for periodic joint status reports at 30 days, and that any future requests for stays or extensions be supported by specific, contemporaneous disclosures sufficient to allow informed consent and meaningful Court oversight.

Dated: May 3, 2026

Respectfully submitted,

**/s/ Ahmad Yakzan**
American Dream Law Office
10936 N 56th St. #201
Temple Terrace, FL 33617

**Certificate of Service**

I do hereby attest, that on May 3, 2026, I served a copy of the foregoing and all attached evidence on Respondents' counsel via EM/ECF.

**/s/ Ahmad Yakzan**
American Dream Law Office
10936 N 56th St. #201
Temple Terrace, FL 33617
1(888)963-7326